UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY IRWIN, JR.,

    Plaintiff,

v.                                                                                  Case No.  8:11-cv-1456-T-30AEP

WADE'S AUTOMOTIVE, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #9).  The Court notes that Plaintiff no longer wishes to pursue his claim.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1456.dismiss 9.wpd